IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID R. RODRIGUEZ,<br>      Plaintiff,<br>  v<br>MR. SWEENY, et al.,<br>      Defendants. | **ORDER REFERRING CASE TO PRISONER MEDIATION PROGRAM**<br><br>Case No.    9:10-CV-0196 (DNH-CFH) |

Plaintiff, **DAVID R. RODRIGUEZ DIN 14-A-1208**, a New York prisoner confined at Sing Sing Correctional Facility filed these pro se civil rights complaints pursuant to 42 USC § 1983.

Good cause appearing, the instant case shall be referred to the NYND Prisoner Mediation Program. A mediation hearing shall take place at the United States District Court, Albany NY with all interested parties and/or their representatives at 10:00am on July 17, 2014, before United States Magistrate Judge Christian F. Hummel.

For the foregoing reasons and for good cause shown,

1.    The case is hereby referred to the NYND Prisoner Mediation Program.

IT IS SO ORDERED.

*[signature]*
Gary L. Sharpe
Chief U.S. District Judge

Dated : June 24, 2014